**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Linda V. Blue, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dr. Saunders Steiman, | ) | |
| | ) | Case No. 4:07-cv-095 |
| Defendant. | ) | |

_____

On March 5, 2008, the Government filed a Motion for Substitution. It seeks an order requiring that it be substituted for Defendant Dr. Saunder Steiman in the above-entitled action on the grounds that he is an employee of the Government and that the claims against him arise out of action taken within the scope of his employment.

The Federal Employees Liability Reform and Tort Compensation Act provides that upon certification by the Attorney General that a federal employee was acting within the scope of his office or employment at the time of the incident out of which a state law claim arises, any civil action arising out of the incident shall be deemed an action against the United States, and the United States shall be substituted as sole defendant with respect to those claims. 28 U.S.C. § 2679(d)(1), (2). The United States has filed such certification with respect to Defendant Steiman.

Accordingly, the Government's Motion for Substitution (Docket No. 4) is **GRANTED**. The "United States of America" shall be substituted for Defendant.

**IT IS SO ORDERED.**

Dated this 6th day of March, 2008.

                                                                                */s/ Charles S. Miller, Jr.*
                                                                                Charles S. Miller, Jr., Magistrate Judge
                                                                                United States District Court